UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-236 |
| | § | |
| ALONSO MELCHOR-RANGEL | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant Alonso Melchor-Rangel's motion for continuance. (D.E. 12). Senior United States District Judge John Rainey referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant is charged with illegally re-entering the United States in violation of 8 U.S.C. § 1326. Defendant requests a continuance because defense counsel needs additional time to obtain and review the defendant's immigration file from the Executive Office for Immigration Review. Defense counsel is investigating whether the defendant has a viable defense to the charge.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial and finds that this motion should be **GRANTED**. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a final pretrial conference before U.S. Magistrate Judge Jason Libby on **August 16, 2017 at 9:30 a.m.** and jury selection and trial is set before Senior U.S. District Judge John Rainey on **August 21, 2017 at 9:30 a.m.**

ORDERED this 17th day of July, 2017.

                                                            Jason B. Libby
                                                 United States Magistrate Judge